Fagen Friedman & Fulfrost, LLP
70 Washington Street, Suite 205
Oakland, California 94607
Main: 510-550-8200 • Fax: 510-550-8211

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW HAVEN UNIFIED SCHOOL DISTRICT, a local educational agency,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>A.N., a minor,<br><br>　　　　Defendant. | Case No.: 3:18-cv-00347-WHO<br><br>**ORDER** |

Pursuant to the stipulation of the Parties and good cause appearing, it is HEREBY ORDERED that:

　　1)　The November 27, 2017, decision of the California Office of Administrative Hearings in Case No. 2017050260 be VACATED in its entirety; and

　　2)　This matter be dismissed WITH PREJUDICE.

IT IS SO ORDERED.

DATED: __June 12__ 2018



Hon. William H. Orrick
United States District Court Judge

00405-00193/4232323.1